THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NED BARNES, Appellant. [951 NYS2d 407]—

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Florio, Dickerson and Lott, JJ., concur.